# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| CHARLENE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TD Bank USA, N.A., a National Bank,<br><br>*Defendant*. | Case No.:<br>1:15-cv-07712-JBS-AMD<br><br>Chief Judge<br>Jerome B. Simandle<br><br>Magistrate Judge<br>Ann Marie Donio<br><br>Motion Day:<br>December 7, 2015 |

## NOTICE OF MOTION

**To:** TD Bank USA, N.A.
c/o Corporation Service Company
830 Bear Tavern Road
West Trenton, New Jersey 08628

**PLEASE TAKE NOTICE** that on Monday, December 7, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Charlene Martinez, through her undersigned counsel, shall appear before the Honorable Judge Jerome B. Simandle, or any judge sitting in his stead, at the United States Courthouse for the District of New Jersey, Camden Division, located at the Mitchell H. Cohen Building and U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey 08101, and then and there move the Court for an order granting ***Plaintiff's Motion for Class Certification***, a copy of which is hereby served upon you.

                                        Respectfully submitted,

                                        **CHARLENE MARTINZ**, individually and on behalf of all others similarly situated,

Dated: October 29, 2015        By:  s/  Stefan Coleman
                                                 One of Plaintiff's Attorneys

                                        Stefan Coleman (#000382009)
                                        law@stefancoleman.com
                                        LAW OFFICES OF STEFAN COLEMAN, LLC
                                        1072 Madison Avenue, Suite 1
                                        Lakewood, New Jersey 08701
                                        Tel: 877.333.9427
                                        Fax: 888.498.8946

                                        Rafey S. Balabanian*
                                        rbalabanian@edelson.com
                                        Benjamin H. Richman*
                                        brichman@edelson.com
                                        J. Dominick Larry*
                                        nlarry@edelson.com
                                        EDELSON PC
                                        350 North LaSalle Street, Suite 1300
                                        Chicago, Illinois 60654
                                        Tel: 312.589.6370
                                        Fax: 312.589.6378

                                        Daniel G. Shay*
                                        danielshay@sandiegobankruptcynow.com
                                        LAW OFFICE OF DANIEL G. SHAY
                                        409 Camino Del Rio South, Suite 101B
                                        San Diego, California 92108
                                        Tel: 619.222.7429
                                        Fax: 866.431.3292

                                        *_Pro hac vice_ admission to be sought.

                                        Attorneys for Plaintiff and the Class.

## **CERTIFICATE OF SERVICE**

      I, Stefan Coleman, hereby certify that on October 29, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the Court's CM/ECF electronic filing system, and have arranged for service of the same by process server at the address listed below:

**TD Bank USA, N.A.**
**c/o Corporation Service Company**
**830 Bear Tavern Road**
**West Trenton, New Jersey 08628**

Dated: October 29, 2015             By:  s/ Stefan Coleman
                                                One of Plaintiff's Attorneys