[D.I. 7]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHARLENE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>TD BANK USA, N.A., a National Bank,<br><br>        Defendant. | Civil No. 15-7712 (JBS/AMD) |

### ORDER

      THIS MATTER having been brought before the Court by way of motion [D.I. 7] of Stefan L. Coleman, Esquire, counsel for Plaintiff, for an Order allowing Rafey S. Balabanian, Esquire, Benjamin H. Richman, Esquire, and J. Dominick Larry, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to Local Civil Rule 101.1(c);

      IT IS on this 24th day of November 2015,

**ORDERED** that the motion [D.I. 7] for the admission of Rafey S. Balabanian, Esquire, Benjamin H. Richman, Esquire, and J. Dominick Larry, Esquire, as *pro hac vice* counsel shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that Rafey S. Balabanian, Esquire, Benjamin H. Richman, Esquire, and J. Dominick Larry, Esquire, all members of the Bar of the State of Illinois, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Civil Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Stefan L. Coleman, Esquire, a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Rafey S. Balabanian, Esquire, Benjamin H. Richman, Esquire, and J. Dominick Larry, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. CIV. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this

Order unless previously paid for the current calendar year, enclosing with payment a completed Form PHV-12; and it is further

**ORDERED** that Rafey S. Balabanian, Esquire, Benjamin H. Richman, Esquire, and J. Dominick Larry, Esquire, shall each make a payment of $150.00 on their respective admission to the Clerk of the United States District Court in accordance with L. C<small>IV</small>. R. 101.1(c)(3), as amended, within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Rafey S. Balabanian, Esquire, Benjamin H. Richman, Esquire, and J. Dominick Larry, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Rafey S. Balabanian, Esquire, Benjamin H. Richman, Esquire, and J. Dominick Larry, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Stefan L. Coleman, Esquire, may file a request, the form of which is available at the Court's website,

3

with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Jerome B. Simandle