# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| CHARLENE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD BANK USA, N.A., a National Bank, and TARGET CORPORATION, a Minnesota corporation,<br><br>Defendants. | Case No. 1:15-cv-07712-JBS-AMD<br><br>Hon. Jerome B. Simandle<br><br>Magistrate Judge Ann Marie Donio<br><br>**NOTICE OF MOTION TO DISMISS COUNTS II AND III OF FIRST AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**<br><br>Motion Date: July 18, 2016 |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Motion to Dismiss Counts II and III of Plaintiff's First Amended Complaint, Defendants TD Bank USA, N.A. and Target Corporation shall move the Court before Magistrate Judge Anne Marie Donio at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, on July 18, 2016, or as soon thereafter as counsel may be heard, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) granting Defendants' Motion to Dismiss and dismissing Counts II and III of Plaintiff's First Amended Complaint, and for such further relief as the Court deems just and proper.

Dated: May 27, 2016

Respectfully submitted,

**TD BANK USA, N.A.
TARGET CORPORATION**

By: */s/ Jarrod D. Shaw*
Jarrod D. Shaw
jshaw@mcguirewoods.com
McGuireWoods LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222
(412) 667-6000
(412) 667-6050 (fax)

Marc A. Lackner SBN # 111753
(admitted *pro hac vice*)
David S. Reidy SBN # 225904
(admitted *pro hac vice*)
McGuireWoods LLP
505 Sansome Street
Suite 700
San Francisco, CA 94111

*Counsel for TD Bank, USA, N.A. and Target Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, I electronically filed the foregoing using the Court's CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Jarrod D. Shaw*
Jarrod D. Shaw