IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHARLENE MARTINEZ, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TD BANK, USA, N.A., a National Bank, and TARGET CORPORATION, a Minnesota corporation,<br><br>    Defendants. | Civil No. 15-7712 (JBS/AMD) |

### SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on July 11, 2015; and the Court noting the following appearances: J. Dominick Larry, Esquire, appearing on behalf of Plaintiff; and Jarrod S. Shaw, Esquire, appearing on behalf of Defendant; and good cause appearing for the entry of the within Order:

IT IS on this **12th** day of **July 2016**, hereby **ORDERED**:

1. Initial written discovery requests shall be served by **September 2, 2016**. Any responses, answers, and objections to initial written discovery requests shall be served in accordance with Court Rules.

2. The Court will conduct a telephone status conference on **September 13, 2016 at 3:30 P.M.**, at which time the Court will address the remaining dates for completion of discovery. Counsel for Plaintiff shall initiate the telephone call.

3. Plaintiff's deposition shall be conducted by no later than **September 30, 2016.**

      4. **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in *Hall v. Clifton Precision*, 150 F.R.D. 525 (E.D. Pa. 1993).

      5. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                s/ Ann Marie Donio
                                  ANN MARIE DONIO
                                  UNITED STATES MAGISTRATE JUDGE

cc: Hon. Jerome B. Simandle