# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| CHARLENE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD BANK USA, N.A., a National Bank, and TARGET CORPORATION, a Minnesota corporation,<br><br>Defendants. | Case No. 1:15-cv-07712-JBS-AMD<br><br>Hon. Jerome B. Simandle<br><br>Magistrate Judge Ann Marie Donio<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Motion Date: January 17, 2016 |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment, Defendants TD Bank USA, N.A. and Target Corporation shall move the Court before Magistrate Judge Anne Marie Donio at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, on January 17, 2016, or as soon thereafter as counsel may be heard, for an Order granting Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, or in the event that any claims survive summary judgment, striking the class allegations from Plaintiff's First Amended Class Action Complaint, and for such further relief as the Court deems just and proper. The grounds for this Motion are set forth in the Memorandum of

Law, Statement of Undisputed Materials Facts, and accompanying exhibits filed simultaneously herewith.

Dated:   November 11, 2016

        Respectfully submitted,

        **TD BANK USA, N.A.**
        **TARGET CORPORATION**

        By: */s/ Jarrod D. Shaw*
        Jarrod D. Shaw
        jshaw@mcguirewoods.com
        McGuireWoods LLP
        625 Liberty Avenue
        23rd Floor
        Pittsburgh, PA 15222
        (412) 667-6000
        (412) 667-6050 (fax)

        Marc A. Lackner SBN # 111753
        (admitted *pro hac vice*)
        David S. Reidy SBN # 225904
        (admitted *pro hac vice*)
        McGuireWoods LLP
        505 Sansome Street
        Suite 700
        San Francisco, CA 94111

        *Counsel for TD Bank, USA, N.A. and Target Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2016, I electronically filed the foregoing using the Court's CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Jarrod D. Shaw*
Jarrod D. Shaw