## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| CHARLENE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD BANK USA, N.A., a National Bank, and TARGET CORPORATION, a Minnesota corporation,<br><br>Defendants. | Case No. 1:15-cv-07712-JBS-AMD<br><br>Hon. Jerome B. Simandle<br><br>Magistrate Judge Ann Marie Donio |

## [PROPOSED] ORDER

Upon consideration of the Motion for Summary Judgment, supporting Memorandum of Law, Statement of Undisputed Material Facts, and all accompanying exhibits filed by Defendants TD Bank USA, N.A. and Target Corporation ("Defendants"), and any opposition or reply thereto and accompanying materials, it is hereby:

**ORDERED** that Defendants' Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that judgment is entered for Defendants and against Plaintiff on all counts in Plaintiff's First Amended Class Action Complaint; and it is further

**ORDERED** that all class allegations are stricken from Plaintiff's First

Amended Complaint.


ENTERED: _____                    _____