IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLENE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TD BANK USA, N.A., a National Bank, and TARGET CORPORATION, a Minnesota corporation<br><br>　　　　　Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-7712(JBS/AMD)<br><br>**ORDER** |

　　　This matter having come before the Court upon Defendants' motion to dismiss [Docket Item 39]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

　　　IT IS this __**20th**__ day of __**December**__, **2016,** hereby

　　　ORDERED that Defendants' Motion to Dismiss Count II is denied; and it is further

　　　ORDERED that Defendant's Motion to Dismiss Count III is granted without prejudice to Plaintiff's right to promptly seek leave to file a Second Amended Complaint curing the noted deficiencies in Count III; and it is further

ORDERED that Plaintiff shall have thirty (30) days to file any motion for leave to file a Second Amended Complaint from the entry of this Order; and it is further

ORDERED that Defendants shall receive an extension to file their answer to Plaintiff's complaint, to a date fourteen (14) days from the filing of any Second Amended Complaint as above, or to a date forty-four (44) days from the entry of this order if Plaintiff elects not to file such second amended complaint, in which case Defendants shall answer the First Amended Complaint.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge
