IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLENE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TD BANK USA, N.A., a National Bank, and TARGET CORPORATION, a Minnesota corporation<br><br>　　　　　Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-7712(JBS/AMD)<br><br>**ORDER** |

　　This matter having come before the Court upon motion of Defendants' for summary judgment [Docket Item 54]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

　　IT IS this __**30th**__ day of __**June**__, **2017,** hereby

　　ORDERED that Defendants' Motion for Summary Judgment as to Plaintiff's RFDCPA claim (Count II) is **DENIED**; and it is further

　　ORDERED that Defendant's Motion for Summary Judgment as to Plaintiff's TCPA claim (Count I) and UCL claim (Count III) is **GRANTED**; and it is further

ORDERED that Plaintiff's class allegations are hereby **STRICKEN**, without prejudice to Plaintiff's right to seek leave to file an amended pleading setting forth class allegations consistent with the Opinion of today's date.

      **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge