```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| CHARLENE MARTINEZ, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TD BANK, USA, N.A., a National Bank, and TARGET CORPORATION, a Minnesota corporation,<br><br>    Defendants. | Civil No. 15-7712 (JBS/AMD) |

### SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone conference held on the record on August 2, 2017; and good cause appearing for the entry of the within Order:

IT IS on this **2nd** day of **August 2017**, hereby **ORDERED**:

1. Any motion to file an amended pleading setting forth class allegations consistent with the District Court's Opinion of June 30, 2017 shall be filed by no later than **August 28, 2017**.

2. The Court will conduct a telephone status conference on **September 7, 2017 at 3:45 P.M.** Counsel for Plaintiff shall initiate the telephone call.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    UNITED STATES MAGISTRATE JUDGE

cc: Hon. Jerome B. Simandle