UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                              Proceeding Date: August 2, 2017

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                                          DOCKET NO. 15cv7712(JBS/AMD)
**Charlene Martinez**
v.
**TD Bank USA, N.A.**

**APPEARANCES:**
Benjamin Richman, Esq. for plaintiff
Jarrod Shaw, Esq. for defendant

**NATURE OF PROCEEDINGS:**    Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 2:59 p.m. Time Adjourned: 3:04 p.m. Total time: 5 mins.