IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| CHARLENE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TD BANK USA, N.A., a National Bank, and TARGET CORPORATION, a Minnesota corporation,<br><br>*Defendants*. | Case No.: 15-v-07712-JBS-AMD<br><br>Hon. Jerome B. Simandle<br><br>Magistrate Judge Ann Marie Donio |

## JOINT STIPULATION FOR CONTINUANCE

Plaintiff Charlene Martinez ("Plaintiff") and Defendants TD Bank USA, N.A. and Target Corporation (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby respectfully stipulate and agree, subject to the Court's approval, to (i) continue Plaintiff's deadline to seek leave to amend her operative complaint by two weeks, such that the new deadline would be September 11, 2017, and (ii) continue the telephone conference set for September 7, 2017 by approximately two weeks to such other date and time as is convenient for the Court. In support of the instant stipulation, the Parties state as follows:

WHEREAS, the Parties appeared for a telephone conference before

Magistrate Judge Donio on August 2, 2017, (Dkts. 69, 71);

WHEREAS, during the conference, the Parties discussed with the Magistrate Donio, among other items, (i) the potential for resolution of this matter in light of the Court's summary judgment order and (ii) the need for additional time for the Parties to consider the same;

WHEREAS, accordingly, the Court continued Plaintiff's deadline to seek leave to amend to assert new class allegations with respect to her remaining claim, and a further telephonic conference was set for September 7, 2017, (Dkt. 70);

WHEREAS, since that time Plaintiff and Plaintiff's counsel have been considering and preparing their views regarding potential resolution to present to Defendants and their counsel. However, due to personal matters that have affected scheduling on their side, they require a brief additional period in which to do so;

WHEREAS, in light of the foregoing, the Parties have met and conferred, through counsel, and Defendants have agreed (without waiving any rights) to stipulate, subject to the Court's approval, to continuing Plaintiff's deadline to seek leave to amend and the currently scheduled telephone conference by approximately two weeks;

WHEREAS, the Parties agree that the instant request will not prejudice either side nor cause any undue delay;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE

that:

1. Plaintiff shall seek leave to amend her operative complaint (if at all) on or before September 11, 2017; and

2. The telephone conference currently scheduled for September 7, 2017 shall be continued approximately two weeks to a date and time convenient for, and later set by, the Court.

IT IS SO STIPULATED.

          **CHARLENE MARTINEZ**, individually and on behalf of all others similarly situated,

Dated: August 28, 2017         By:  s/Stefan Coleman
                     One of Plaintiff's Attorneys

Stefan Coleman (#000382009)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Avenue, Suite 1
Lakewood, New Jersey 08701
Tel: 877.333.9427
Fax: 888.498.8946

Benjamin H. Richman (*Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

          **TD BANK, USA, N.A., TARGET CORP.**,

Dated: August 28, 2017         By:  s/ Jarrod D. Shaw
                     One of Defendants' Attorneys

Jarrod D. Shaw
jshaw@mcguirewoods.com
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
Tel: 412.667.7907

So Ordered this 29th day of
August 2017

*Ann Marie Donio*, USMJ

4